# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR AUGUSTO BURGOS MEDEIROS, | Case No. 2:16-cv-00877-JAD-NJK |
| Petitioner, | |
| v. | ORDER |
| INTERNATIONAL GAME TECHNOLOGY, | |
| Respondent. | |

On April 22, 2016, the Court granted Petitioner's *ex parte* petition for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in proceedings in Brazil. *See* Docket No. 2. No further activity has occurred in this matter, and the Clerk's Office is **INSTRUCTED** to administratively close this case. In the event further relief is required with respect to the discovery at issue, the parties may file a request to reopen this case as appropriate.

IT IS SO ORDERED.

DATED: July 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge